JS - 6

ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMPSON, <br> Petitioner, <br> v. <br> K. CHAPPELL, Warden, <br> Respondent. | Case No. CV 14-4122 CAS (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: December 19, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE